UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: Amy Lynn Mullins          Case No.: 8:13-bk-07786-MGW
                           Chapter 13

    Debtor(s).
_____/

### DEBTOR'S OBJECTION TO CLAIM NO. 9
_____

**Important Notice and Opportunity to Object**

**Pursuant to Local Rule 2002-4, the Court will consider this pleading without further notice or hearing unless a party in interest files an objection within 30 days from the date of service of this pleading. If you object to the relief requested herein, you must file your objection with the Clerk of the Court at 801 N. Florida Ave., Suite 555, Tampa, FL 33602-3899, and serve a copy on Attorney, Ryan N. Singleton, at 3900 First Street North, Suite 100, St. Petersburg, FL 33703.**

**If you file and serve a timely objection, the Court may schedule a hearing and you will be notified. If you do not file a timely objection, the Court will consider that you do not oppose the granting of the relief requested in the pleading and will proceed to consider the pleading without further notice or hearing, and may grant the relief requested.**
_____

    The Debtor, Amy Lynn Mullins, by and through her undersigned attorney, files this

Objection to Claim No. 9 filed by Antio, LLC, c/o Weinstein And Riley, PS, (hereinafter

the "Claimant") and states as follows:

1. Claim No. 9 was timely filed by Claimant on 8/15/2013.

2. The claim does not set forth sufficient information, nor does it attach sufficient documentation, to allow the Debtors to ascertain whether or not it is barred by the Statute of Limitations.

3. Pursuant to Section 502(b)(1) of the Bankruptcy Code, a claim that is unenforceable against the Debtor(s) is not allowed as a claim in a Chapter 13 case; therefore, the Claimant must provide sufficient information or documentation to support the enforceability of its claim.

WHEREFORE, the Debtor prays that this Court enter an Order disallowing Claim No. 9 inasmuch as it has been filed without sufficient information or documentation to support the enforceability of the claim against the Debtor(s) and for any other relief which this Court deems just.

Respectfully submitted,

/s/ Ryan Singleton, Esq.
**Ryan N. Singleton, Esq., FBN 0023502**
3900 First Street North, Suite 100
St. Petersburg, FL  33703
(727) 327-3328

## CERTIFICATE OF SERVICE

I CERTIFY that on November 14, 2013 a true and correct copy of the foregoing was served by electronic delivery or U.S. Mail to the following:

**Office of the United States Trustee**, 501 E. Polk Street, Suite 1200, Tampa, FL 33602

**Antio, LLC, c/o Weinstein And Riley**, **PS**, Attn: Larry E. Johnson, P.O. Box 2001 Western Avenue, Ste 400, Seattle, WA 98121

**Amy Lynn Mullins**, 11510 Cypress Reserve Drive, Tampa, FL 33626

/s/ Ryan Singleton, Esq.
**Ryan N. Singleton, Esq., FBN 0023502**
3900 First Street North, Suite 100
St. Petersburg, FL  33703
(727) 327-3328