# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**In re: Amy Lynn Mullins**                           **Case No.:  8:13-bk-07786-MGW**
                                                       **Chapter 13**

  **DEBTOR(S)**
_____/

## ORDER SUSTAINING OBJECTION TO CLAIM NO. 9
## OF ANTIO, LLC, C/O WEINSTEIN AND RILEY, P.S.

THIS CAUSE came on for consideration, ex parte, on the Debtors' Objection to unsecured Claim No. 9 of Antio, LLC, c/o Weinstein and Riley, P.S. (Docket No. 26) and determining right to distribution, for the purpose of entering and appropriate Order. The Court, after considering the record and the Claimant's failure to file a response to Debtor's objection.

**ORDERED, ADJUDGED AND DECREED** that the Debtor's *Objection to Claim No.9 of* Antio, LLC, c/o Weinstein and Riley, P.S. *is* hereby sustained and the claim is disallowed.

                                               February 28, 2014
    **DONE** and **ORDERED** at Tampa, FL on: _____

                                               *Michael G. Williamson*
                                               _____
                                               Michael G. Williamson
                                               U.S. BANKRUPTCY JUDGE

Attorney Ryan Singleton is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of the order.