**UNITED STATES BANKRUCPTY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IN RE**: Amy Lynn Mullins

                                                                **Case No: 8:13-bk-07786-MGW**
                                                                **Chapter: 13**

    **Debtor.**
_____/

**PROOF OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the attached *Order Sustaining Objection To Claim No. 9 Of Antio, LLC, C/O Weinstrin And Riley, P.S.* Sent by Electronic or US Mail this 4th, day of March 2014, to:

| | |
|---|---|
| U.S. Trustee | Amy Lynn Mullins |
| 501 E. Polk Street #1200 | 11510 Cypress Reserve Drive |
| Tampa, FL. 33602 | Tampa, FL. 33626 |
| USTPRegion21.TP.ecu@usdoj.gov | |

Antio, LLC c/o Weinstein And Riley, P.S.
Attn: Larry E. Johnson
PO Box 2001
Seattle, WA. 98121

                                                      /s/ Ryan N. Singleton Esq.
                                                    **Ryan N. Singleton, Esq., FBN 0023502**
                                                    Leavengood, Dauval & Boyle, P.A.
                                                    3900 First Street North, Suite 100
                                                    St. Petersburg, FL 33703